```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34044
     EDWARD F SCHUCH
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
     SSN XXX-XX-3633
```

---

                TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/26/05 and confirmed on 10/21/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  25905.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 6245.04 | .00 | 6245.04 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 5430.58 | 697.45 | 5430.58 |
| CINGULAR WIRELESS | UNSECURED | 354.53 | .00 | 354.53 |
| CAPITAL ONE BANK | UNSECURED | 438.04 | .00 | 438.04 |
| CAPITAL ONE BANK | UNSECURED | 730.15 | .00 | 730.15 |
| CAPITAL ONE BANK | UNSECURED | 1139.43 | .00 | 1139.43 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 769.71 | .00 | 769.71 |
| B LINE LLC | UNSECURED | 2840.67 | .00 | 2840.67 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 897.34 | .00 | 897.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1335.52 | .00 | 1335.52 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 521.22 | .00 | 521.22 |
| CAPITAL ONE BANK | UNSECURED | 141.78 | .00 | 141.78 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11675.62 | .00 | 9168.39 | .00 | 20844.01 |
| PRINCIPAL PAID | 11675.62 | .00 | 9168.39 | .00 | 20844.01 |
| INTEREST PAID | 697.45 | .00 | .00 | .00 | 697.45 |
| TOTAL PAID | 12373.07 | .00 | 9168.39 | .00 | 21541.46 |

The Debtor's attorney, JOHN A REED                     , was allowed $  2700.00
and was paid $    406.00  direct and $   2294.00   through the plan.

The Trustee received $    831.07 .

Refunds to the Debtor totaled $   1238.47 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE